# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Curious Apparel,<br><br><br><br>A Plus Fabric, Inc.,<br><br>                              Appellant.<br><br>v.<br><br>Sam S. Leslie,<br><br>                              Appellee. | District Court No.: 2:20-cv-05561-JLS<br><br>Appeal to District Court from Bankruptcy Court in:<br>Bankruptcy No.:   2:19-bk-24531-SK<br>Chapter 7<br><br>**ORDER DISMISSING APPEAL** |

    The Court, having considered the Joint Stipulation to Dismiss Appeal (the "Stipulation") between Appellant A Plus Fabric, Inc. ("Appellant"), and Appellee, San S. Leslie ("Appellee") (Appellant and Appellee collectively referred to as the "Parties"), and all related papers on file herein, finds good cause shown and hereby **ORDERS**:

    1.    The Stipulation is approved.

2. Each of the Parties shall bear its own costs.

3. The Appeal is hereby dismissed.

**IT IS SO ORDERED.**

DATED: October 13, 2020

JOSEPHINE L. STATON
_____

THE HONORABLE JOSEPHINE L. STATON,
UNITED STATES DISTRICT JUDGE

CC: BANKRUPTCY COURT; BAP